| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | MARK ST. ANGELO, CSBN 74045 |
| 4 | Assistant United States Attorney |
| 5 | 150 Almaden Blvd., Suite 900 |
|   | San Jose, California 95113 |
| 6 | Telephone: (408) 535-5087 |
|   | FAX: (408) 535-5081 |
| 7 | |
|   | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*E-FILED - 12/6/05*

| | |
|---|---|
| HELEN W. RONG (formerly Min Wu), ) | |
| Plaintiff, ) | No. C 05-4088 RMW |
| v. ) | |
| MICHAEL CHERTOFF, Secretary of the ) | **STIPULATION TO DISMISS; AND** |
| Department of Homeland Security; ROBERT ) | **ORDER** |
| DEVINE, Acting Director U.S. Citizenship and ) | |
| Immigration Services; DAVID STILL, San ) | |
| Francisco District Director, U.S. Citizenship and ) | |
| Immigration Services; ROBERT S. MUELLER, ) | |
| Director of Federal Bureau of Investigation, ) | |
| Defendants. ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agree to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stip. to Dismiss
C 05-4088 RMW

| | | |
|---|---|---|
| 1 | Date: November  21 , 2005 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN |
| 3 | | United States Attorney |

/s/ Mark St. Angelo
Mark St. Angelo
Assistant United States Attorney
Attorneys for Defendants

Date: November  18 , 2005

/s/ Justin X. Wang
JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/5/05

/S/ RONALD M. WHYTE
RONALD M. WHYTE
United States District Judge

Stip. to Dismiss
C 05-4088 RMW